IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DEBBIE LEE, ) | |
| ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cv-00090-JD-PRC |
| ) | |
| v. ) | Hon. Judge Jon E. DeGuilio |
| ) | |
| WELTMAN, WEINBERG AND REIS CO. ) | |
| L.P.A., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Debbie Lee, and Defendant, Weltman, Weinberg and Reis Co. L.P.A., by and through their respective attorneys, hereby stipulate to the dismissal of the within complaint with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all matters in controversy having been resolved to the mutual satisfaction of the parties. Each party shall bear its own costs and attorneys' fees.

By:  /s/ David B. Levin
David B. Levin
Illinois Attorney No. 6212141
Admitted to Practice in Northern District of Indiana
Attorney for Plaintiff
Allen Chern Law LLC
79 W. Monroe Street
5th Floor
Chicago, IL 60603
Phone: (312) 940-8163
Fax: (866) 359-7478
dlevin@uprightlaw.com

By:  /s/ Carl A. Greci
Carl A. Greci
Attorney for Defendant
Faegre, Baker, Daniels LLP
202 S Michigan St Suite 1400
South Bend, IN 46601
Phone: (574) 234-4149
Fax: (574) 239-1900
carl.greci@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2015, a copy of the foregoing Stipulation of Dismissal With Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff